

ORIGINAL

TORKILDSON, KATZ, MOORE,
HETHERINGTON & HARRIS,
Attorneys at Law, A Law Corporation

TAMARA M. GERRARD, #6153-0
(tmg@torkildson.com)
700 Bishop Street, Suite 1500
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

NEWTON J. CHU, #6537-0
(newtonc@torkildson.com)
VAUGHN G.T. COOK, #7914-0
(vcook@torkildson.com)
120 Pauahi Street, Suite 312
Hilo, HI 96720-3048
Telephone: (808) 961-0406
Facsimile: (808) 961-3815

Attorneys for Defendants
CHARLES A. JOHNSON, P.C.;
THOMAS W. JOHNSON; AND
ARBOR SYSTEMS, GROUP, INC.
DBA JOHNSON & ASSOCIATES TAX
& ACCOUNTING SERVICES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 03 2009

at ___ o'clock and 10 min. ___ M.
SUE BEITIA, CLERK

CV 09-00356

JMS  KSC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NADINE A. CALUAG, | CIVIL NO. CV _____ |
| Plaintiff, | DEFENDANTS CHARLES A. JOHNSON, P.C.; THOMAS W. JOHNSON; AND ARBOR SYSTEMS, GROUP, INC. DBA JOHNSON & ASSOCIATES TAX & ACCOUNTING SERVICES' **NOTICE OF REMOVAL OF STATE COURT ACTION TO FEDERAL COURT**; EXHIBIT "A"; CERTIFICATE OF SERVICE |
| vs. | |
| CHARLES A. JOHNSON, P.C.; THOMAS W. JOHNSON; and ARBOR SYSTEMS, GROUP, INC. dba JOHNSON & ASSOCIATES TAX & ACCOUNTING SERVICES; JOHN AND MARY DOES 1-10; DOE CORPORATIONS, PARTNERSHIPS or OTHER ENTITIES 1-10; | |
| Defendants. | |

DEFENDANTS CHARLES A. JOHNSON, P.C.; THOMAS W. JOHNSON; AND ARBOR SYSTEMS, GROUP, INC. DBA JOHNSON & ASSOCIATES TAX & ACCOUNTING SERVICES' NOTICE OF REMOVAL OF STATE COURT ACTION TO FEDERAL COURT

Defendants CHARLES A. JOHNSON, P.C.; THOMAS W. JOHNSON; and

ARBOR SYSTEMS, GROUP, INC. dba JOHNSON & ASSOCIATES TAX &

ACCOUNTING SERVICES ("Defendants"), by and through their undersigned

counsel, give notice of removal to the United States District Court For the District

of Hawaii of the Hawaii Circuit Court action entitled <u>Nadine A. Caluag v</u>

<u>Charles A. Johnson, P.C.; Thomas W. Johnson; Arbor Systems Group, Inc. dba</u>

<u>Johnson & Associates Tax & Accounting Services, et al.</u>, Civil No. 09-1-0232K,

filed in the Circuit Court of the Third Circuit (Kona), State of Hawaii.

This Notice of Removal is made pursuant to 38 U.S.C. §§ 1331 and 1441

and is based on the following:

1.    Plaintiff's Complaint in this matter was filed in the Circuit Court of

the Third Circuit (Kona), State of Hawaii, on June 12, 2009l

2.    A copy of the Complaint was served on Defendants Thomas W.

Johnson and Arbor Systems Group on July 6, 2009, and is attached hereto as

**Exhibit "A"**.

3.    The Complaint alleges at paragraph 15 "All Defendants violated the

RICO statute."  "RICO" is the commonly used acronym for the Racketeer

Influenced and Corrupt Organizations statute embodied d at 18 U.S.C. § 1961, et

seq.

4.    The Court, therefore, has jurisdiction pursuant to 38 U.S.C. § 1331.

WHEREFORE, Defendants request that this action brought by Plaintiff in

the Circuit Court of the Third Circuit, State of Hawaii, and designated as Civil No.

09-1-00232K, be removed to the United States District Court For the District of

Hawaii.

 DATED:  Honolulu, Hawaii, August 3, 2009.

<div style="margin-left: 40%;">

TORKILDSON, KATZ, MOORE,
HETHERINGTON & HARRIS,
Attorneys at Law, A Law Corporation


_____
TAMARA M. GERRARD
Attorneys for Defendants
CHARLES A. JOHNSON, P.C.;
THOMAS W. JOHNSON; and ARBOR
SYSTEMS, GROUP, INC. dba
JOHNSON & ASSOCIATES TAX &
ACCOUNTING SERVICES

</div>